IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-00003 |
| | ) | |
| KATHERINE TARQUINO, | ) | Court Date: January 5, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2575229)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 18th, 2025 at Joint Base Myer Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KATHERINE TARQUINO, did unlawfully drive and operate a motor vehicle while their driver's license was revoked and suspended.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301.)

Count II (Class A Misdemeanor – E2575228)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 18th, 2025 at Joint Base Myer Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KATHERINE TARQUINO, did approach an intersection on a highway controlled by a stop sign and fail to stop at a clearly marked stop line, or, stop at the point nearest the intersecting roadway where the driver has a view of approaching traffic on the intersecting roadway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-821.)

Respectfully submitted,

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on January 4, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov